Reset Form

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

MARTIN SCHNEIDER, et al., Individually, and on Behalf of All Others Similarly Situated,
Plaintiff(s),

v.

CHIPOTLE MEXICAN GRILL, INC.,
Defendant(s).

Case No: 3:16-cv-02200-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Frederic S. Fox, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Laurence D. King, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Kaplan Fox & Kilsheimer LLP<br>850 Third Avenue, 14th Floor<br>New York, NY 10022 | Kaplan Fox & Kilsheimer LLP<br>350 Sansome Street, Suite 400<br>San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD:<br>(212) 687-1980 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 772-4700 |
| MY EMAIL ADDRESS OF RECORD:<br>ffox@kaplanfox.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>lking@kaplanfox.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: FF9102.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: 05/20/16

Frederic S. Fox
APPLICANT

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Frederic S. Fox is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 5/23/2016

Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, Ruby J. Krajick, Clerk of this Court, certify that

**FREDERIC SCOTT FOX SR.**, Bar # **FF9102**

was duly admitted to practice in this Court on

**NOVEMBER 26th, 1985**, and is in good standing as a member of the Bar of this Court.

500 Pearl Street
Dated at New York, New York on **OCTOBER 26th, 2015**

Ruby J. Krajick
Clerk

by
Deputy Clerk