| | |
|---|---|
| Laurence D. King (SBN 206423)<br>Linda M. Fong (SBN 124232)<br>Matthew B. George (SBN 239322)<br>Mario M. Choi (SBN 243409)<br>**KAPLAN FOX & KILSHEIMER LLP**<br>350 Sansome Street, Suite 400<br>San Francisco, CA 94104<br>Telephone: 415-772-4700<br>Facsimile:  415-772-4707<br>lking@kaplanfox.com<br>lfong@kaplanfox.com<br>mgeorge@kaplanfox.com<br>mchoi@kaplanfox.com<br><br>Frederic S. Fox (*pro hac vice*)<br>Donald R. Hall (*pro hac vice*)<br>**KAPLAN FOX & KILSHEIMER LLP**<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>Telephone: 212-687-1980<br>Facsimile:  212-687-7714<br>ffox@kaplanfox.com<br>dhall@kaplanfox.com<br><br>*Attorneys for Plaintiffs*<br>*MARTIN SCHNEIDER, SARAH DEIGERT,*<br>*LAURIE REESE, THERESA GAMAGE,*<br>*TIFFANIE ZANGWILL, and NADIA PARIKKA* | Charles C. Cavanagh (SBN 198468)<br>**MESSNER REEVES LLP**<br>1430 Wynkoop Street, Suite 300<br>Denver, CO 80202<br>Telephone: 303-623-1800<br>Facsimile:  303-623-0552<br>ccavanagh@messner.com<br><br>Sascha Henry (SBN 191914)<br>**SHEPPARD, MULLIN, RICHTER &**<br>**HAMPTON, LLP**<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071<br>Telephone: 213-620-1780<br>Facsimile:  213-620-1398<br>shenry@sheppardmullin.com<br><br>*Attorneys for Defendant*<br>*CHIPOTLE MEXICAN GRILL, INC.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARTIN SCHNEIDER, SARAH DEIGERT, LAURIE REESE, THERESA GAMAGE, TIFFANIE ZANGWILL, and NADIA PARIKKA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHIPOTLE MEXICAN GRILL, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:16-cv-02200-HSG<br><br>**REVISED JOINT PROPOSED PARTIAL PRETRIAL SCHEDULE AND [PROPOSED] ORDER**<br><br>Judge:     Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 10, 19th Floor |

Pursuant to the Court's requests at the Initial Case Management Conference conducted on November 29, 2016, and at the telephonic Case Management Conference conducted on December 13, 2016, plaintiffs Martin Schneider, Sarah Deigert, Laurie Reese, Theresa Gamage, Tiffanie Zangwill, and Nadia Parikka (together, "Plaintiffs") and defendant Chipotle Mexican Grill, Inc. ("Chipotle") (collectively, "the Parties") hereby submit the following revised proposed partial pretrial schedule.

| ACTION/EVENT | Date |
| --- | --- |
| Fact discovery cut-off | July 21, 2017 |
| Designation of expert witnesses | July 28, 2017 |
| Designation of rebuttal experts | September 1, 2017 |
| Expert discovery cut-off | October 6, 2017 |
| File motions for class certification and summary judgment | October 20, 2017 |
| File oppositions to motions for class certification and summary judgment | November 17, 2017 |
| File reply briefs in support of motions for class certification and summary judgment | December 14, 2017 |
| Hearing on motions for class certification and summary judgment | January 4, 2018<br>2:00 p.m. |

DATED: _December 13, 2016            Respectfully submitted,

By:   */s/ Laurence D. King*
      Laurence D. King
      **KAPLAN FOX & KILSHEIMER LLP**
      *Attorneys for Plaintiffs MARTIN SCHNEIDER, SARAH DEIGERT, LAURIE REESE, THERESA GAMAGE, TIFFANIE ZANGWILL, and NADIA PARIKKA*

DATED: December 13, 2016      By:   */s/ Charles C. Cavanagh*
      Charles C. Cavanagh
      **MESSNER REEVES LLP**
      *Attorneys for Defendant CHIPOTLE MEXICAN GRILL, INC.*

- 1 -

JOINT PROPOSED PARTIAL PRETRIAL SCHEDULE
Case No. 3:16-cv-02200-HSG

**ORDER**

IT IS SO ORDERED.

DATED: 12/15/2016          *Haywood S. Gilliam, Jr.*
                           Hon. Haywood S. Gilliam, Jr.
                           United States District Judge

- 2 -

JOINT PROPOSED PARTIAL PRETRIAL SCHEDULE
Case No. 3:16-cv-02200-HSG

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Charles C. Cavanagh, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of December, 2016, at Denver, Colorado.

              */s/ Charles C. Cavanagh*
              CHARLES C. CAVANAGH