Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin Schneider, et al, <br><br> Plaintiff(s), <br><br> v. <br><br> Chipotle Mexican Grill, Inc. <br><br> Defendant(s). | Case No: 16-cv-02200 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Jacqueline Guesno, an active member in good standing of the bar of Colorado, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Chipotle Mexican Grill, Inc. in the above-entitled action. My local co-counsel in this case is Sascha Henry, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1430 Wynkoop Street, Suite 300 <br> Denver, Colorado 80202 | 333 South Hope Street, 43rd Floor <br> Los Angeles, CA 90071 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (303) 623-1800 | (213) 620-1780 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jguesno@messner.com | shenry@sheppardmullin.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 34753.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 02/23/17

Jacqueline Guesno
APPLICANT

### ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jacqueline Guesno is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/3/2017

*Haywood S. Gill Jr.*
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



# Supreme Court
## State of Colorado,

STATE OF COLORADO, ss:

I, **Christopher T. Ryan** Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**JACQUELINE RAQUEL GUESNO**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **11th** day of **June** A. D. **2003** and that at the date hereof the said **JACQUELINE RAQUEL GUESNO** is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **31st** day of **January** A. D. **2017**

**Christopher T. Ryan**
Clerk

By _____
Deputy Clerk