|   |   |
|---|---|
|   | Reset Form |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Martin Schneider, et al, )
                Plaintiff(s), )
v. )
Chipotle Mexican Grill, Inc. )
                Defendant(s). )

Case No: 16-cv-02200

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Adam Royval, an active member in good standing of the bar of Colorado, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Chipotle Mexican Grill, Inc. in the above-entitled action. My local co-counsel in this case is Sascha Henry, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1430 Wynkoop, Suite 300<br>Denver, CO 80202 | 333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071 |
| MY TELEPHONE # OF RECORD:<br>(303) 623-1800 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(213) 620-1780 |
| MY EMAIL ADDRESS OF RECORD:<br>aroyval@messner.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>shenry@sheppardmullin.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 43836.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 04/24/17

                                                                   APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Adam Royval is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/26/2017

                                    UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



# Supreme Court
## State of Colorado,

STATE OF COLORADO, ss:

I, **Christopher T. Ryan** Clerk of the Supreme Court of the State of Colorado, do hereby certify that

*Adam Michael Royval*

has been duly licensed and admitted to practice as an

# Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **24th** day of **October** A. D. **2011** and that at the date hereof the said **Adam Michael Royval** is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this

**19th** day of **April** A. D. **2017**

*Christopher T. Ryan*, Clerk

By *Jessica J. DePari*
Deputy Clerk