UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN SCHNEIDER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CHIPOTLE MEXICAN GRILL, INC.,<br><br>    Defendant. | Case No. 16-cv-02200-HSG<br><br>**ORDER DENYING PLAINTIFFS' MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER**<br><br>Re: Dkt. No. 72 |

On July 24, 2017, Magistrate Judge Kandis A. Westmore granted in part and denied in part Plaintiffs' motion to quash the subpoena for third-party Sandra Coller. *See* Dkt. No. 70. On August 7, 2017, Plaintiffs filed a motion for relief from Judge Westmore's order. Dkt. No. 72. The Court has carefully reviewed Judge Westmore's order, Plaintiffs' motion, and the relevant legal authorities. Judge Westmore's order is well-reasoned and thorough. The Court affirms the non-dispositive order because it is not "clearly erroneous or contrary to law." *See Grimes v. City & Cty. of San Francisco*, 951 F.2d 236, 240 (9th Cir. 1991). Accordingly, the Court DENIES Plaintiffs' motion for relief from Judge Westmore's non-dispositive pretrial order.

**IT IS SO ORDERED.**

Dated: 8/23/2017

                                      HAYWOOD S. GILLIAM, JR.
                                      United States District Judge