UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN SCHNEIDER, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>CHIPOTLE MEXICAN GRILL, INC.,<br>　　　　Defendant. | Case No. 16-cv-02200-HSG (KAW)<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 76 |

On September 8, 2017, Plaintiffs filed an administrative motion to file under seal. (Dkt. No. 76.) Plaintiff sought to file under seal exhibits that were identified by Defendant Chipotle Mexican Grill, Inc. as being "Confidential" or "Highly Confidential" pursuant to a stipulated protective order. (*Id.* at 1.) Per Local Rule 79-5(e), when "the Submitting Party is seeking to file under seal a document designated as confidential by the opposing party . . . (1) [w]ithin 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable."

As of September 13, 2017, Defendant has not filed the required declaration. Accordingly, Defendant is ordered, on or before September 18, 2017, to: (1) file the required declaration establishing that the designated material is sealable, and (2) respond to this order to show cause by explaining why it did not file a timely declaration. Failure to complete both tasks by September 18, 2017 will result in this Court denying Petitioner's motion to file under seal.

IT IS SO ORDERED.

Dated: September 13, 2017

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge