Charles C. Cavanagh (SBN 198468)
**MESSNER REEVES LLP**
1430 Wynkoop Street, Suite 300
Denver, CO 80202
Telephone: 303-623-1800
Facsimile: 303-623-0552
ccavanagh@messner.com

Sascha Henry (SBN 191914)
**SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP**
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071
Telephone: 213-620-1780
Facsimile: 213-620-1398
shenry@sheppardmullin.com

*Attorneys for Defendant*
CHIPOTLE MEXICAN GRILL. INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN SCHNEIDER, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHIPOTLE MEXICAN GRILL, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 4:16-cv-02200-HSG (KAW)<br><br>**DEFENDANT CHIPOTLE MEXICAN GRILL, INC.'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge: Hon. Kandis A. Westmore<br><br>Hearing Date: n/a<br><br>Action Filed: April 22, 2016<br>Trial Date: TBD |

Defendant Chipotle Mexican Grill, Inc. ("Chipotle") respectfully submits its Response to the Court's Order to Show Cause Regarding Plaintiffs' Administrative Motion to File Under Seal as follows:

1.     On September 8, 2017, Plaintiffs filed a letter containing the parties' respective positions on a disputed discovery issue, as required by Paragraph 13 of the Court's Standing Order. Plaintiffs' portion of the joint discovery letter was supported by five documents previously designated by Chipotle as "Highly Confidential" or "Confidential," pursuant to the Protective Order.

2.     Because the exhibits at issue were not submitted as part of Chipotle's portion of the parties' joint discovery letter, Chipotle's counsel was not focused on them and inadvertently neglected to submit its declarations as the Designating Party and as required by Local Civ. R. 79-5(e)(1). Chipotle's counsel did not realize their oversight until receipt of the Court's Order to Show Cause on September 13, 2017.

3.     Exhibit A to the joint discovery letter is a portion of the transcript of the deposition of Ryan Murrin, Chipotle's Director of Advertising & Research. As outlined in **Exhibit 1** attached hereto, segments of Mr. Murrin's deposition contains information that is sealable, pursuant to Local Civ. R. 79-5(b), and, therefore, Exhibit A is properly designated as "Highly Confidential." *See* F.R.C.P. 26(c)(1)(G); *Barnes v. Hershey Co.*, 2015 WL 1814293, at *2 (N.D. Cal. Apr. 21, 2015) (finding good cause to file confidential information concerning defendant's internal operations, business strategy and finances under seal).

4.     Exhibit B to the joint discovery letter is a portion of the transcript of the deposition of William Espey, Chipotle's Brand Voice Lead. As outlined in **Exhibit 2** attached hereto, segments of Mr. Espey's deposition contains information that is sealable, pursuant to Local Civ. R. 79-5(b), and, therefore, Exhibit B is properly designated as "Highly Confidential." *See* F.R.C.P. 26(c)(1)(G); *Barnes v. Hershey Co.*, 2015 WL 1814293, at *2 (N.D. Cal. Apr. 21, 2015) (finding good cause to file confidential information concerning defendant's internal operations, business strategy and finances under seal).

5.     Exhibits C, D and E of the joint discovery letter are three emails that were provided to Plaintiffs in response to a broad ESI search undertaken at Plaintiffs'

request in a compressed timeframe, which resulted in the production of approximately 26,000 pages of documents. Given the known sensitive nature of some of the documents that were being produced and the limited time available to Chipotle's counsel to review the document production, the documents at issue were preliminarily designated as "Highly Confidential." Upon further review, and as outlined in **Exhibit 3** attached hereto, Exhibits C, D and E are not sealable, pursuant to Local Civ. R. 79-5(b), and may be de-designated accordingly.

Dated: September 18, 2017         Respectfully Submitted,

By: Charles C. Cavanagh
**MESSNER REEVES LLP**
1430 Wynkoop Street, Suite 300
Denver, CO 80202
Telephone: 303-623-1800
Facsimile: 303-623-0552

Sascha Henry
**SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP**
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071
Telephone: 213-620-1780
Facsimile: 213-620-1398

*Attorneys for Defendant*
*CHIPOTLE MEXICAN GRILL, INC.*