UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARTIN SCHNEIDER, et al., | Case No. 16-cv-02200-HSG |
|---|---|
| Plaintiffs, | |
| v. | **ORDER GRANTING REQUEST TO EXTEND CLASS CERTIFICATION AND SUMMARY JUDGMENT BRIEFING SCHEDULE** |
| CHIPOTLE MEXICAN GRILL, INC., | |
| Defendant. | Re: Dkt. No. 83 |

On September 28, 2017, the parties filed a joint statement and request to extend the current class certification and summary judgment briefing schedule. The Court finds that good cause exists to extend the case schedule and sets the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Date |
|---|---|
| Deadline to file motions for class certification and/or summary judgment | November 17, 2017 |
| Deadline to file oppositions to motions for class certification and/or summary judgment | December 22, 2017 |
| Deadline to file replies to motions for class certification and/or summary judgment | January 19, 2018 |
| Hearing on motions for class certification and summary judgment | February 8, 2018 at 2:00 p.m. |

///

///

///

///

1    These dates may only be altered by order of the Court and only upon a showing of good
2 cause. The parties are directed to review and comply with this Court's Civil Pretrial and Trial
3 Standing Order.
4    **IT IS SO ORDERED.**
5 Dated: 10/2/2017

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge