# Attachment B

1   Laurence D. King (SBN 206423)
    Linda M. Fong (SBN 124232)
2   Matthew B. George (SBN 239322)
    Mario M. Choi (SBN 243409)
3   **KAPLAN FOX & KILSHEIMER LLP**
    350 Sansome Street, Suite 400
4   San Francisco, CA 94104
    Telephone:  415-772-4700
5   Facsimile:   415-772-4707
    *lking@kaplanfox.com*
6   *lfong@kaplanfox.com*
    *mgeorge@kaplanfox.com*
7   *mchoi@kaplanfox.com*

8   Frederic S. Fox (*pro hac vice*)
    Donald R. Hall (*pro hac vice*)
9   **KAPLAN FOX & KILSHEIMER LLP**
    850 Third Avenue, 14th Floor
10  New York, NY 10022
    Telephone:  212-687-1980
11  Facsimile:  212-687-7714

12  *Attorneys for Plaintiffs*

13              **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
14                   **OAKLAND DIVISION**

15  MARTIN SCHNEIDER, SARAH              Case No.  4:16-cv-02200-HSG (KAW)
    DEIGERT, LAURIE REESE, THERESA
16  GAMAGE, TIFFANIE ZANGWILL, and       **DECLARATION OF LAURENCE D. KING**
    NADIA PARIKKA, Individually and on   **IN SUPPORT OF PLAINTIFFS' MOTION**
17  Behalf of All Others Similarly Situated,  **FOR CLASS CERTIFICATION**

18                    Plaintiffs,         Judge: Hon. Haywood S. Gilliam, Jr.
                                          Date: February 8, 2018
19           v.                           Time: 2:00 p.m.
                                          Courtroom: 2, 4th Floor
20  CHIPOTLE MEXICAN GRILL, INC., a
    Delaware Corporation,
21

22                    Defendant.

23

24

25              **REDACTED VERSION OF DOCUMENT**
              **PURSUANT TO 9-18-2018 COURT ORDER**
26

27

28

I, Laurence D. King, declare as follows:

1.      I am a partner at Kaplan Fox & Kilsheimer LLP ("Kaplan Fox"), counsel for Plaintiffs Martin Schneider, Sarah Deigert, Theresa Gamage, and Nadia Parikka ("Plaintiffs").  I submit this Declaration in Support of Plaintiffs' Motion for Class Certification.  I have personal knowledge of the facts stated in this Declaration and, if called a witness, I could and would testify competently to them.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the signage entitled "A Farewell to GMOs," produced by Chipotle in this litigation and bearing the Bates stamp CMG/7184-000146.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the signage entitled "Food with Integrity," produced by Chipotle in this litigation and bearing the Bates stamp CMG/7184-000145.

4.      Attached hereto as Exhibit 3 is a true and correct copy of the signage entitled "A Farewell to GMOs," produced by Chipotle in this litigation and bearing the Bates stamp CMG/7184-000183-84.

5.      Attached hereto as Exhibit 4 is a true and correct copy of true and correct copy of excerpts from the transcript from the Videotape Rule 30(b)(6) Deposition of Ryan Murrin, on behalf of Chipotle Mexican Grill, Inc., taken May 26, 2017.  Because certain parts of Mr. Murrin's testimony have been marked "HIGHLY CONFIDENTIAL," Plaintiffs will seek leave to file it under seal.

6.      Attached hereto as Exhibit 5 is a true and correct copy of excerpts from Defendant Chipotle Mexican Grill, Inc.'s Responses to Plaintiffs' First Set of Requests for Admission, dated June 29, 2017.

7.      Attached hereto as Exhibit 6 is a true and correct copy of excerpts from Defendant Chipotle Mexican Grill, Inc.'s Responses to Plaintiffs' First Set of Interrogatories, dated June 29, 2017.

8.      Attached hereto as Exhibit 7 is a true and correct copy of an email to Joshua Brau from "Chipotle Support," dated April 7, 2016, concerning "CONCERNS ABOUT GMO

LAWSUIT," produced by Chipotle in this litigation and bearing the Bates stamp CMG_7184-008794-95. Because Chipotle has designated this document "HIGHLY CONFIDENTIAL," Plaintiffs will seek leave to file it under seal.

9. Attached hereto as Exhibit 8 is a true and correct copy of an email to Joshua Brau from "Chipotle Support," dated September 21, 2015, concerning "Reply from Chipotle – non-GMO, take it further," produced by Chipotle in this litigation from Joshua Brau's custodial files, and bearing the Bates stamp CMG_7184-008781. Because Chipotle has designated this document "HIGHLY CONFIDENTIAL," Plaintiffs will seek leave to file it under seal.

10. Attached hereto as Exhibit 9 is a true and correct copy of an email to Joshua Brau from "Chipotle Support," dated May 13, 2015, concerning "GMO/ MEAT COMMENT," produced by Chipotle in this litigation from Joshua Brau's custodial files, and bearing the Bates stamp CMG_7184-008707. Because Chipotle has designated this document "HIGHLY CONFIDENTIAL," Plaintiffs will seek leave to file it under seal.

11. Attached hereto as Exhibit 10 is a true and correct copy of an email to Joshua Brau from "Chipotle Support," dated May 21, 2015, concerning "GMO ANIMAL FEED- MAY 21," produced by Chipotle in this litigation from Joshua Brau's custodial files, and bearing the Bates stamp CMG_7184-008712-13. Because Chipotle has designated this document "HIGHLY CONFIDENTIAL," Plaintiffs will seek leave to file it under seal.

12. Attached hereto as Exhibit 11 is a true and correct copy of an email to Joshua Brau from "Chipotle Support," dated May 5, 2015, concerning "CASTRO VALLEY B2- MAY 4-GMO QUESTIONS," produced by Chipotle in this litigation from Joshua Brau's custodial files, and bearing the Bates stamp CMG_7184-008699. Because Chipotle has designated this document "HIGHLY CONFIDENTIAL," Plaintiffs will seek leave to file it under seal.

13. Attached hereto as Exhibit 12 is a true and correct copy of an email to Joshua Brau from "Chipotle Support," dated May 4, 2015, concerning "CONCERNS ABOUT LACK OF ORGANIC MEAT AND DAIRY – FOLLOW UP," produced by Chipotle in this litigation from Joshua Brau's custodial files, and bearing the Bates stamp CMG_7184-008692-93. Because Chipotle has designated this document "HIGHLY CONFIDENTIAL," Plaintiffs will seek leave

1    to file it under seal.

2        14.      Attached hereto as Exhibit 13 is a true and correct copy of an email to Joshua Brau

3    from "Chipotle Support," dated April 27, 2015, concerning "GMO COMMENT," produced by

4    Chipotle in this litigation and bearing the Bates stamp CMG_7184-008605.  Because Chipotle has

5    designated this document "HIGHLY CONFIDENTIAL," Plaintiffs will seek leave to file it under

6    seal.

7        15.      Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the

8    transcript from the Videotaped Deposition of Sarah Deigert, taken April 19, 2017.

9        16.      Attached hereto as Exhibit 15 is a true and correct copy of excerpts from the

10    transcript from the Videotaped Deposition of Martin Schneider, taken April 20, 2017.

11        17.      Attached hereto as Exhibit 16 is a true and correct copy of excerpts from the

12    transcript from the Videotaped Deposition of Theresa Gamage, taken May 3, 2017.

13        18.      Attached hereto as Exhibit 17 is a true and correct copy of excerpts from the

14    transcript from the Videotaped Deposition of Nadia Maria Parikka, taken May 5, 2017.

15        19.      Attached hereto as Exhibit 18 is a true and correct copy of the Declaration of Sarah

16    Deigert in Support of Plaintiffs' Motion for Class Certification, signed November 15, 2017.

17        20.      Attached hereto as Exhibit 19 is a true and correct copy of the Declaration of

18    Martin Schneider in Support of Plaintiffs' Motion for Class Certification, signed November 14,

19    2017.

20        21.      Attached hereto as Exhibit 20 is a true and correct copy of the Declaration of

21    Theresa Gamage in Support of Plaintiffs' Motion for Class Certification, signed November 15,

22    2017.

23        22.      Attached hereto as Exhibit 21 is a true and correct copy of the Declaration of

24    Nadia Parikka in Support of Plaintiffs' Motion for Class Certification, signed November 16,

25    2017.

26        23.      Attached hereto as Exhibit 22 is a true and correct copy of screenshots from

27    Defendant's website, produced by Chipotle in this litigation and bearing the Bates stamp

28    CMG_7184-000001-044.

24.     Attached hereto as Exhibit 23 is a true and correct copy of the May 2014 version of "Non-GMO Project Standard" from the Non-GMO Project, produced by Chipotle in this litigation from Joshua Brau's custodial files, and bearing the Bates stamp CMG_7184-007707-43. Because Chipotle has designated this document "HIGHLY CONFIDENTIAL," Plaintiffs will seek leave to file it under seal.

25.     Attached hereto as Exhibit 24 is a true and correct copy of the "GMO FAQs" from the Non-GMO Project, produced by Chipotle in this litigation from Joshua Brau's custodial files, and bearing the Bates stamp CMG_7184-006439-40.   Because Chipotle has designated this document "HIGHLY CONFIDENTIAL," Plaintiffs will seek leave to file it under seal.

26.     Attached hereto as Exhibit 25 is a true and correct copy of an email from Joshua Brau to Douglas George, dated February 10, 2015, with the subject line "FW NGMO Meat Seed & Feed Project," with an attachment entitled "Seed & Feed National Meat Project," a December 2014 Meeting Report from Green America, produced by Chipotle in this litigation from Joshua Brau's custodial files, and bearing the Bates stamp CMG_7184-009736-44.   Because Chipotle has designated this document "HIGHLY CONFIDENTIAL," Plaintiffs will seek leave to file it under seal.

27.     Attached hereto as Exhibit 26 is a true and correct copy of an email from Joshua Brau to Douglas George, Leby Leuthold, Joel Martin, Andrew Mize, and Jason Von Rohr, dated November 11, 2014, with the subject line "New USDA policy on non-GM feed," produced by Chipotle in this litigation from Joshua Brau's custodial files, and bearing the Bates stamp CMG_7184-009702.     Because Chipotle has designated this document "HIGHLY CONFIDENTIAL," Plaintiffs will seek leave to file it under seal.

28.     Attached hereto as Exhibit 27 is a true and correct copy of a document entitled "Guidance for Industry: Voluntary Labeling Indicating Whether Foods Have or Have Not Been Derived from Genetically Engineered Plants," produced by Plaintiffs, and bearing the Bates stamp PL 0241-51.

29.     Attached hereto as Exhibit 28 is a true and correct copy of true and correct copy of excerpts from the transcript from the Deposition Under Oral Examination of: Joshua Brau, taken

July 6, 2017.

30.    Attached hereto as Exhibit 29 is a true and correct copy of an email from Joshua Brau to Nicholas Ceglia, dated March 13, 2015, with the subject line "GMO hierarchy," produced by Chipotle in this litigation from Joshua Brau's custodial files, and bearing the Bates stamp CMG_7184-024070.    Because    Chipotle    has    designated    this    document    "HIGHLY CONFIDENTIAL," Plaintiffs will seek leave to file it under seal.

31.    Attached hereto as Exhibit 30 is a true and correct copy of true and correct copy of excerpts from the transcript from the Videotape Deposition of: William Espey, taken June 23, 2017.

32.    Attached hereto as Exhibit 31 is a true and correct copy of true and correct copy of excerpts from the transcript from the Confidential Videotaped Deposition of Anna Tou, taken June 27, 2017.

33.    Attached hereto as Exhibit 32 is a true and correct copy of an email from Joshua Brau to William Espey, dated April 10, 2015, with the subject line "Re: (GMO/Tortilla Announcement) GMO Page Article Copy," produced by Chipotle in this litigation from Joshua Brau's custodial files, and bearing the Bates stamp CMG_7184-023599-601.  Because Chipotle has designated this document "HIGHLY CONFIDENTIAL," Plaintiffs will seek leave to file it under seal.

34.    Attached hereto as Exhibit 33 is a true and correct copy of an email from Dea Lievano to Joshua Brau, dated April 30, 2015, with the subject line "GMO Labelling guidelines.docx," produced by Chipotle in this litigation from Joshua Brau's custodial files, and bearing the Bates stamp CMG_7184-011833-34.  Because Chipotle has designated this document "HIGHLY CONFIDENTIAL," Plaintiffs will seek leave to file it under seal.

35.    Attached hereto as Exhibit 34 is a true and correct copy of a survey commissioned by Chipotle, produced by Chipotle in this litigation, and bearing the Bates stamp CMG_7184-003790-95.   Because Chipotle has designated this document "HIGHLY CONFIDENTIAL," Plaintiffs will seek leave to file it under seal.

36.    Attached hereto as Exhibit 35 is a true and correct copy of a survey commissioned

by Chipotle, produced by Chipotle in this litigation, and bearing the Bates stamp CMG_7184-001181-87.   Because Chipotle has designated this document "HIGHLY CONFIDENTIAL," Plaintiffs will seek leave to file it under seal.

37.     Attached hereto as Exhibit 36 is a true and correct copy of experts from a document entitled ███████████████████ dated July 10, 2015, produced by Chipotle in this litigation, and the entire document bearing the Bates stamp CMG/7184-004095-141. Because Chipotle has designated this document "HIGHLY CONFIDENTIAL," Plaintiffs will seek leave to file it under seal.

38.     Attached hereto as Exhibit 37 is a true and correct copy of experts from a document entitled ███████████████████ dated October 13, 2015, produced by Chipotle in this litigation, and the entire document bearing the Bates stamp CMG/7184-002484-561.  Because Chipotle has designated this document "HIGHLY CONFIDENTIAL," Plaintiffs will seek leave to file it under seal.

39.     Attached hereto as Exhibit 38 is a true and correct copy of experts from a document entitled ███████████████████ dated January 12, 2016, produced by Chipotle in this litigation, and the entire document bearing the Bates stamp CMG/7184-002410-483.  Because Chipotle has designated this document "HIGHLY CONFIDENTIAL," Plaintiffs will seek leave to file it under seal.

40.     Attached hereto as Exhibit 39 is a true and correct copy of a string of emails, the first of which is from ███████ to ██████████ Joshua Brau, ██████████ ████████████ dated June 22, 2015, with the subject line ███████████ produced by Chipotle in this litigation from Joshua Brau's custodial files, and bearing the Bates stamp CMG/7184-009603-613.     Because Chipotle has designated this document "HIGHLY CONFIDENTIAL," Plaintiffs will seek leave to file it under seal.

41.     Attached hereto as Exhibit 40 is a true and correct copy of an email from Billy Egger to Alaine Janosy, Jason Von Rohr, and Joshua Brau, dated September 29, 2014, with the subject line "NON GMO VERIFIED," produced by Chipotle in this litigation from Joshua Brau's custodial files, and bearing the Bates stamp CMG_7184-0097803-04.   Because Chipotle has

1  designated this document "HIGHLY CONFIDENTIAL," Plaintiffs will seek leave to file it under

2  seal.

3       42.     Attached hereto as Exhibit 41 is a true and correct copy of the Report of Dr. Jon A.

4  Krosnick, dated August 11, 2017.  Because parts of this report refer to documents that have been

5  marked "CONFIDENTIAL" and/or "HIGHLY CONFIDENTIAL" by Defendant, Plaintiffs will

6  seek leave to file parts of the report confidential.

7       43.     Attached hereto as Exhibit 42 is a true and correct copy of the Declaration of Colin

8  B. Weir, dated August 11, 2017.  Because parts of this report refer to documents that have been

9  marked "CONFIDENTIAL" and/or "HIGHLY CONFIDENTIAL" by Defendant, Plaintiffs will

10  seek leave to file parts of the report confidential.

11       44.     To prepare for class certification and trial, Kaplan Fox served requests for

12  production, requests for admissions, and interrogatories on Chipotle, and reviewed tens of

13  thousands of pages of documents produced by Chipotle; negotiated a protective order and the

14  scope of Chipotle's production of electronically-stored information; retained and consulted with

15  experts; prepared for and took depositions of Chipotle's corporate representatives and others

16  regarding Chipotle's advertising, marketing and consumer insights; responded to interrogatories,

17  admissions, and requests for production of documents to the proposed class representatives, and

18  defended their depositions.  Kaplan Fox also opposed Chipotle's motions to dismiss and engaged

19  in motion practice concerning, among other things, the timing, nature, and scope of discovery.

20       45.     My firm is prepared to continue to devote the resources necessary to represent the

21  interests of the proposed classes.  My firm has committed the necessary attorneys to the litigation,

22  and will continue to dedicate resources as necessary to take this case through pre-trial, trial, and

23  any appeals that may arise.  In addition, Kaplan Fox has the financial wherewithal to fund the

24  case and absorb whatever expenses may arise, including expert expenses for the duration of the

25  case, even if the case were to take several years to resolve.  My firm has demonstrated its

26  willingness to fund complex class action cases to successful conclusion in the past, and will do so

27  here.  Our firm resume, a true and correct copy of which is attached as Exhibit 43, demonstrates

28  our successful experience prosecuting class actions.

1          I declare under penalty of perjury under the laws of the United States and the State of

2  California that the foregoing is true and correct.

3          Executed this 17th day of November, 2017, in San Francisco, California.

4

5                           _/s/ Laurence D. King_
                              Laurence D. King

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28