AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

Martin Schneider, Sarah Deigert, Laurie Reese, Theresa Gamage, Tiffania Zangwill & Nadia Parikka

Plaintiff(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

V.

Chipotle Mexican Grill, Inc.

Defendant(s),

CASE NUMBER: __4:16-CV-2200-HSG(KAW)__

Notice is hereby given that, subject to approval by the court, __Chipotle Mexican Grill, Inc.__ substitutes
(Party (s) Name)

__Angela C. Agrusa__, State Bar No. __131337__ as counsel of record in
(Name of New Attorney)

place of __Sascha Von Mende Henry of Sheppard Mullin Richter & Hampton LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: DLA Piper LLP (US)
Address: 2000 Avenue of the Stars Suite 400N Los Angeles, CA 90067
Telephone: (310) 500-3500      Facsimile (310) 500-3300
E-Mail (Optional): angela.agrusa@dlapiper.com

I consent to the above substitution.
Date: 10/29/18

(Signature of Party (s))

I consent to being substituted.
Date: 10/29/18

*Sascha Henry*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 10/29/18

*Angela C. Agrusa*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 10/30/2018

*Haywood S. Gill Jr.*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]