|   |   |   |
|---|---|---|
| | | Reset Form |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTIN SCHNEIDER, SARAH DEIGERT, THERESA GAMAGE, and NADIA PARIKKA, Individually, and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>CHIPOTLE MEXICAN GRILL, INC., a Delaware corporation,<br><br>　　　　　　　　　　Defendant(s). | Case No: 4:16-cv-02200-HSG (KAW)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

　　I, Matthew I. Menchel, an active member in good standing of the bar of Florida, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs and the Classes in the above-entitled action. My local co-counsel in this case is Hartley M.K. West, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>KOBRE & KIM<br>201 S. Biscayne Blvd., Suite 1900<br>Miami, FL 33131 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>KOBRE & KIM<br>150 California Street, 19th Floor<br>San Francisco, CA 94111 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(305) 967-6108 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 582-4781 |
| MY EMAIL ADDRESS OF RECORD:<br>matthew.menchel@kobrekim.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>hartley.west@kobrekim.com |

　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 12043.

　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

　　*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/23/19

Matthew I. Menchel
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

　　IT IS HEREBY ORDERED THAT the application of Matthew I. Menchel is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/7/2019

*Haywood S. Gill Jr.*
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# Supreme Court of Florida
# Certificate of Good Standing

*I JOHN A. TOMASINO*, Clerk of the Supreme Court of the State of Florida, do hereby certify that

## MATTHEW MENCHEL

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on **May 9, 2005**, is presently in good standing, and that the private and professional character of the attorney appear to be good.

*WITNESS* my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this *August 24, 2018*.

_____
Clerk of the Supreme Court of Florida.