| | |
|---|---|
| 1 | **DLA PIPER LLP (US)** |
| 2 | Angela C. Agrusa (SBN 131337) |
|   | angela.agrusa@dlapiper.com |
| 3 | Shannon E. Dudic (SBN 261135) |
|   | shannon.dudic@dlapiper.com |
| 4 | 2000 Avenue of the Stars, Suite 400 North Tower |
|   | Los Angeles, California 90067 |
| 5 | Telephone: (310) 500-3500 |
| 6 | Facsimile: (310) 500-3300 |
| 7 | **MESSNER REEVES LLP** |
|   | Charles C. Cavanagh (SBN 198468) |
| 8 | 1430 Wynkoop Street, Suite 300 |
|   | Denver, Colorado 80202 |
| 9 | Telephone: (303) 623-1800 |
| 10 | Facsimile: (303) 623-0552 |
|    | E-mail: ccavanagh@messner.com |

Attorneys for Defendant
CHIPOTLE MEXICAN GRILL, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN SCHNEIDER, *et al.*, individually and on behalf of all others similarly situated, | Case No.: 4:16-CV-02200-HSG |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S AMENDED MOTION TO REMOVE INCORRECTLY FILED DOCUMENT [DKT. NO. 182]** |
| v. | |
| CHIPOTLE MEXICAN GRILL, INC., a Delaware corporation, | |
| Defendant. | |

DLA PIPER LLP (US)
LOS ANGELES

WEST/286072644

ORDER GRANTING DEFENDANT'S AMENDED MOTION
TO REMOVE INCORRECTLY FILED DOCUMENT
4:16-CV-02200-HSG

# **ORDER**

Having read, reviewed, and considered Defendant Chipotle Mexican Grill, Inc.'s ("Chipotle") Amended Motion to Remove Incorrectly Filed Document (the "Motion"), the Court hereby GRANTS the Motion.

As described in the Motion, due to technical issues, the redactions in the publicly-filed version of Chipotle's Motion to Decertify the Classes (the "Motion to Decertify") were applied in a manner that makes the text under the redactions accessible. Dkt. No. 182. Chipotle then publicly re-filed the Motion to Decertify and accompanying attachments in their entirety as Dkt. No. 184. Because there were no substantive changes to the Motion to Decertify, this re-filing does not affect the existing briefing schedule.

The Court, therefore, orders as follows:

1. Dkt. No. 182 shall be permanently sealed and restricted from public access.
2. Chipotle's re-filing of the Motion to Decertify at Dkt. No 184 shall not affect the existing briefing schedule. Plaintiffs' deadline to oppose the Motion to Decertify shall remain May 8, 2019. Chipotle's deadline to file its reply in support of the Motion to Decertify shall remain May 15, 2019.

**IT IS SO ORDERED.**

DATED: April 26, 2019

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE