# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN SCHNEIDER, et al., individually and on behalf of all others similarly situated.<br><br>Plaintiff,<br><br>v.<br><br>CHIPOTLE MEXICAN GRILL, INC., a Delaware corporation.<br><br>Defendant. | Case No.: 4:16-CV-02200-HSG<br><br>**ORDER GRANTING DEFENDANT CHIPOTLE MEXICAN GRILL, INC.'S ADMINISTRATIVE MOTION TO SPECIALLY SET HEARING ON MOTION TO DECERTIFY THE CLASSES (As Modified)**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Ctrm.: 2 (Oakland Courthouse)<br><br>Action Filed: April 22, 2016<br>Trial Date: September 16, 2019 |

On April 22, 2019, Defendant filed an Administrative Motion to Specially Set Hearing on Motion to Decertify the Classes for June 6, 2019. Having considered the Administrative Motion, and any opposition filed thereto,

IT IS HEREBY ORDERED THAT the Administrative Motion is GRANTED; and

IT IS HEREBY FURTHER ORDERED THAT Defendant's Motion to Decertify the Classes will be heard at 2:00 p.m. on July 18, 2019.

This Order shall not alter the deadlines for Plaintiffs to oppose the Motion to Decertify the Classes or Defendant's reply, if any, as set forth in Civil Local Rule 7-2.

**IT IS SO ORDERED.**

Dated: April 30, 2019

HAYWOOD S. GILLIAM, JR.
United States District Judge

-1-