| | |
|---|---|
| Laurence D. King (SBN 206423)<br>Matthew B. George (SBN 239322)<br>Mario M. Choi (SBN 243409)<br>**KAPLAN FOX & KILSHEIMER LLP**<br>350 Sansome Street, Suite 400<br>San Francisco, CA 94104<br>Telephone: 415-772-4700<br>Facsimile: 415-772-4707<br>*lking@kaplanfox.com*<br>*mgeorge@kaplanfox.com*<br>*mchoi@kaplanfox.com* | Angela C. Agrusa (SBN 131337)<br>*angela.agrusa@dlapiper.com*<br>Shannon E. Dudic (SBN 261135)<br>*shannon.dudic@dlapiper.com*<br>**DLA PIPER LLP (US)**<br>2000 Avenue of the Stars, Suite 400<br>North Tower<br>Los Angeles, CA 90067<br>Telephone: 310-500-3500<br>Facsimile: 310-500-3300 |
| Frederic S. Fox (*pro hac vice*)<br>Donald R. Hall (*pro hac vice*)<br>**KAPLAN FOX & KILSHEIMER LLP**<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>Telephone: 212-687-1980<br>Facsimile: 212-687-7714<br>*ffox@kaplanfox.com*<br>*dhall@kaplanfox.com* | Charles C. Cavanagh (SBN 198468)<br>*ccavanagh@messner.com*<br>**MESSNER REEVES LLP**<br>1430 Wynkoop Street, Suite 300<br>Denver, CO 80202<br>Telephone: 303-623-1800<br>Facsimile: 303-623-0552<br><br>Attorneys for Defendant<br>*Chipotle Mexican Grill, Inc.* |

[Additional Attorneys on Signature Page]

*Attorneys for Plaintiffs and the Classes*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| MARTIN SCHNEIDER, SARAH DEIGERT, THERESA GAMAGE, and NADIA PARIKKA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHIPOTLE MEXICAN GRILL, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 4:16-cv-02200-HSG (KAW)<br><br>**NOTICE OF SETTLEMENT AND JOINT STIPULATION AND REQUEST TO VACATE DATES AND [PROPOSED] ORDER SETTING DATE TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Ctrm: 2, 4th Floor<br>Next Hearing: July 18, 2019<br>Time: 2:00 p.m. |

| | |
|---|---|
| 1 | Plaintiffs Martin Schneider, Sarah Deigert, Theresa Gamage, and Nadia Parikka |
| 2 | ("Plaintiffs") and Defendant Chipotle Mexican Grill, Inc. ("Defendant," and with Plaintiffs, the |
| 3 | "Parties") hereby inform the Court that, after a second all-day mediation on July 2, 2019 with the |
| 4 | Hon. Jay C. Gandhi (Ret.) of JAMS, the Parties have reached and executed a settlement term |
| 5 | sheet as to the core terms of a class action settlement that will resolve all claims against |
| 6 | Defendant. After the Parties finalize the remaining details and terms, they will then execute a |
| 7 | formal, comprehensive class action settlement agreement. |
| 8 | Accordingly, the Parties, by and through their attorneys, hereby jointly stipulate and |
| 9 | request that the Court approve the following: |
| 10 | 1. In light of the execution of the settlement term sheet by the Parties to settle this |
| 11 | action, all pending dates, including the hearing on Defendant's Motion to Decertify the Classes, |
| 12 | currently scheduled for July 18, 2019, should be vacated. |
| 13 | 2. Plaintiffs will submit their Motion for Preliminary Approval of the settlement |
| 14 | within 45 days of the Court's approval of this Stipulation. |

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: July 3, 2019     **KAPLAN FOX & KILSHEIMER LLP**

By:  /s/ *Laurence D. King*
         Laurence D. King

Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
Mario M. Choi (SBN 243409)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
*lking@kaplanfox.com*
*mgeorge@kaplanfox.com*
*mchoi@kaplanfox.com*

| | |
|---|---|
| 1 | **KAPLAN FOX & KILSHEIMER LLP** |
| | Frederic S. Fox (*pro hac vice*) |
| 2 | Donald R. Hall (*pro hac vice*) |
| | 850 Third Avenue, 14th Floor |
| 3 | New York, NY 10022 |
| | Telephone: 212-687-1980 |
| 4 | Facsimile: 212-687-7714 |
| | *ffox@kaplanfox.com* |
| 5 | *dhall@kaplanfox.com* |
| | |
| 6 | **KOBRE & KIM LLP** |
| | Matthew I. Menchel (*pro hac vice*) |
| 7 | 201 South Biscayne Boulevard, Suite 1900 |
| | Miami, FL 33131 |
| 8 | Telephone: 305-967-6108 |
| | *matthew.menchel@kobrekim.com* |
| 9 | |
| | **KOBRE & KIM LLP** |
| 10 | Hartley M. K. West (SBN 191609) |
| | 150 California Street, 19th Floor |
| 11 | San Francisco, CA 94111 |
| | Telephone: 415-582-4781 |
| 12 | Facsimile: 415-582-4811 |
| | *hartley.west@kobrekim.com* |
| 13 | |
| | *Attorneys for Plaintiffs and the Classes* |
| 14 | |

DATED: July 3, 2019     **DLA PIPER LLP (US)**

By:  /s/ *Angela C. Agrusa*
         Angela C. Agrusa

Angela C. Agrusa (SBN 131337)
*angela.agrusa@dlapiper.com*
Shannon E. Dudic (SBN 261135)
*shannon.dudic@dlapiper.com*
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, CA 90067
Telephone: 310-500-3500
Facsimile: 310-500-3300

Charles C. Cavanagh (SBN 198468)
*ccavanagh@messner.com*
**MESSNER REEVES LLP**
1430 Wynkoop Street, Suite 300
Denver, CO 80202
Telephone: 303-623-1800
Facsimile: 303-623-0552

*Attorneys for Defendant Chipotle Mexican Grill, Inc.*

# [PROPOSED] ORDER

Good cause appearing, the foregoing Stipulation is approved and it is hereby ORDERED that:

1. All pending dates, including the hearing on Defendant's Motion to Decertify the Classes, are VACATED.

2. Plaintiffs will file their motion for preliminary approval of the settlement no later than 45 days after entry of this Order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  7/5/2019

HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Mario M. Choi, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of July, 2019, at San Francisco, California.

      /s/ *Mario M. Choi*
      Mario M. Choi