| | |
|---|---|
| Laurence D. King (SBN 206423)<br>Matthew B. George (SBN 239322)<br>Mario M. Choi (SBN 243409)<br>**KAPLAN FOX & KILSHEIMER LLP**<br>350 Sansome Street, Suite 400<br>San Francisco, CA 94104<br>Telephone: 415-772-4700<br>Facsimile: 415-772-4707<br>*lking@kaplanfox.com*<br>*mgeorge@kaplanfox.com*<br>*mchoi@kaplanfox.com* | Angela C. Agrusa (SBN 131337)<br>*angela.agrusa@dlapiper.com*<br>Shannon E. Dudic (SBN 261135)<br>*shannon.dudic@dlapiper.com*<br>**DLA PIPER LLP (US)**<br>2000 Avenue of the Stars, Suite 400<br>North Tower<br>Los Angeles, CA 90067<br>Telephone: 310-500-3500<br>Facsimile: 310-500-3300 |
| Frederic S. Fox (*pro hac vice*)<br>Donald R. Hall (*pro hac vice*)<br>**KAPLAN FOX & KILSHEIMER LLP**<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>Telephone: 212-687-1980<br>Facsimile: 212-687-7714<br>*ffox@kaplanfox.com*<br>*dhall@kaplanfox.com* | Charles C. Cavanagh (SBN 198468)<br>*ccavanagh@messner.com*<br>**MESSNER REEVES LLP**<br>1430 Wynkoop Street, Suite 300<br>Denver, CO 80202<br>Telephone: 303-623-1800<br>Facsimile: 303-623-0552<br><br>*Attorneys for Defendant*<br>*Chipotle Mexican Grill, Inc.* |

[Additional Attorneys on Signature Page]

*Attorneys for Plaintiffs and the Classes*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| MARTIN SCHNEIDER, SARAH DEIGERT, THERESA GAMAGE, and NADIA PARIKKA, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiffs,<br><br>   v.<br><br>CHIPOTLE MEXICAN GRILL, INC., a Delaware Corporation,<br><br>              Defendant. | Case No. 4:16-cv-02200-HSG<br><br>**JOINT STIPULATION AND ORDER CONTINUING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Judge:     Hon. Haywood S. Gilliam, Jr.<br>Ctrm:     2, 4th Floor |

Case No. 4:16-cv-02200-HSG
STIPULATION AND ORDER CONTINUING DEADLINE

**WHEREAS**, on July 2, 2019, Plaintiffs Martin Schneider, Sarah Deigert, Theresa Gamage, and Nadia Parikka ("Plaintiffs") and Defendant Chipotle Mexican Grill, Inc. ("Defendant," and with Plaintiffs, the "Parties") completed an in-person mediation with the Hon. Jay C. Gandhi (Ret.) of JAMS and executed a Settlement Term Sheet to settle this Action;

**WHEREAS**, pursuant to the Notice of Settlement and Joint Stipulation and Request to Vacate Dates and Order Setting Date to File Motion for Preliminary Approval of Settlement (the "Stipulation"), Plaintiffs indicated that they intended to file their motion for preliminary approval of the settlement within 45 days of the Court's approval of the Stipulation, or August 19, 2019;

**WHEREAS**, Plaintiffs have received competitive bids from prospective settlement administrators and, with Defendant, require additional time to review and select an appropriate settlement administrator, as well as additional time to work with that administrator to ensure that a proposed claims process will encourage maximum class member participation;

**WHEREAS**, the Parties have made substantial progress toward completing a Stipulation of Settlement and related documents, but require additional time to complete those efforts;

**WHEREAS**, the Parties have conferred and agree that Plaintiffs' deadline to file their motion for preliminary approval of the settlement shall be continued to September 4, 2019;

**WHEREAS**, the Court's next available hearing date is in January 2020 and, should the Court hold a hearing, the extension sought here will not delay the Court's consideration of the motion in that time frame;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** between the Parties, through their respective counsel, to the request for entry of an Order providing that Plaintiffs' deadline to file their motion for preliminary approval of the settlement shall be September 4, 2019.

///

///

///

| | | |
|---|---|---|
| 1 | **IT IS SO STIPULATED.** | |
| 2 | | |
| 3 | DATED: August 15, 2019 | |
| 4 | Respectfully submitted, | |
| 5 | **DLA PIPER LLP (US)** | **KAPLAN FOX & KILSHEIMER LLP** |
| 6 | By: /s/ *Angela C. Agrusa* | By: /s/ *Laurence D. King* |
| 7 | Angela C. Agrusa | Laurence D. King |

DLA PIPER LLP (US)

By: /s/ *Angela C. Agrusa*
    Angela C. Agrusa

Angela C. Agrusa (SBN 131337)
*angela.agrusa@dlapiper.com*
Shannon E. Dudic (SBN 261135)
*shannon.dudic@dlapiper.com*
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, CA 90067
Telephone: 310-500-3500
Facsimile: 310-500-3300

Charles C. Cavanagh (SBN 198468)
*ccavanagh@messner.com*
**MESSNER REEVES LLP**
1430 Wynkoop Street, Suite 300
Denver, CO 80202
Telephone: 303-623-1800
Facsimile: 303-623-0552

*Attorneys for Defendant Chipotle Mexican Grill, Inc.*

KAPLAN FOX & KILSHEIMER LLP

By: /s/ *Laurence D. King*
    Laurence D. King

Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
Mario M. Choi (SBN 243409)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
*lking@kaplanfox.com*
*mgeorge@kaplanfox.com*
*mchoi@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Frederic S. Fox (*pro hac vice*)
Donald R. Hall (*pro hac vice*)
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714
*ffox@kaplanfox.com*
*dhall@kaplanfox.com*

**KOBRE & KIM LLP**
Matthew I. Menchel (*pro hac vice*)
201 South Biscayne Boulevard, Suite 1900
Miami, FL 33131
Telephone: 305-967-6108
*matthew.menchel@kobrekim.com*

**KOBRE & KIM LLP**
Hartley M. K. West (SBN 191609)
150 California Street, 19th Floor
San Francisco, CA 94111
Telephone: 415-582-4781
Facsimile: 415-582-4811
*hartley.west@kobrekim.com*

*Attorneys for Plaintiffs and the Classes*

| | |
|---|---|
| 1 | **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)** |
| 2 | I, Mario M. Choi, attest that concurrence in the filing of this document has been obtained |
| 3 | from the other signatories. I declare under penalty of perjury under the laws of the United States |
| 4 | of America that the foregoing is true and correct. |
| 5 | Executed this 15th day of August, 2019, at San Francisco, California. |

/s/ *Mario M. Choi*
Mario M. Choi

# ORDER

Good cause appearing, pursuant to the Stipulation, Plaintiffs' deadline to file their motion for preliminary approval of the settlement is extended to September 4, 2019.

**IT IS SO ORDERED.**

DATED: <u>8/16/2019</u>

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge