| | |
|---|---|
| Laurence D. King (SBN 206423)<br>Matthew B. George (SBN 239322)<br>Mario M. Choi (SBN 243409)<br>**KAPLAN FOX & KILSHEIMER LLP**<br>350 Sansome Street, Suite 400<br>San Francisco, CA 94104<br>Telephone: 415-772-4700<br>Facsimile: 415-772-4707<br>*lking@kaplanfox.com*<br>*mgeorge@kaplanfox.com*<br>*mchoi@kaplanfox.com* | Angela C. Agrusa (SBN 131337)<br>*angela.agrusa@dlapiper.com*<br>Shannon E. Dudic (SBN 261135)<br>*shannon.dudic@dlapiper.com*<br>**DLA PIPER LLP (US)**<br>2000 Avenue of the Stars, Suite 400<br>North Tower<br>Los Angeles, CA 90067<br>Telephone: 310-500-3500<br>Facsimile: 310-500-3300 |
| Frederic S. Fox (*pro hac vice*)<br>Donald R. Hall (*pro hac vice*)<br>**KAPLAN FOX & KILSHEIMER LLP**<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>Telephone: 212-687-1980<br>Facsimile: 212-687-7714<br>*ffox@kaplanfox.com*<br>*dhall@kaplanfox.com* | Charles C. Cavanagh (SBN 198468)<br>*ccavanagh@messner.com*<br>**MESSNER REEVES LLP**<br>1430 Wynkoop Street, Suite 300<br>Denver, CO 80202<br>Telephone: 303-623-1800<br>Facsimile: 303-623-0552<br><br>*Attorneys for Defendant*<br>*Chipotle Mexican Grill, Inc.* |

[Additional Attorneys on Signature Page]

*Attorneys for Plaintiffs and the Classes*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| MARTIN SCHNEIDER, SARAH DEIGERT, THERESA GAMAGE, and NADIA PARIKKA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHIPOTLE MEXICAN GRILL, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 4:16-cv-02200-HSG<br><br>**JOINT STIPULATION AND ORDER CONTINUING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Ctrm: 2, 4th Floor |

**WHEREAS**, on July 2, 2019, Plaintiffs Martin Schneider, Sarah Deigert, Theresa Gamage, and Nadia Parikka ("Plaintiffs") and Defendant Chipotle Mexican Grill, Inc. ("Defendant," and with Plaintiffs, the "Parties") completed an in-person mediation with the Hon. Jay C. Gandhi (Ret.) of JAMS and executed a Settlement Term Sheet to settle this Action;

**WHEREAS**, pursuant to the Notice of Settlement and Joint Stipulation and Request to Vacate Dates and Order Setting Date to File Motion for Preliminary Approval of Settlement (the "Stipulation"), Plaintiffs indicated that they intended to file their motion for preliminary approval of the settlement within 45 days of the Court's approval of the Stipulation, or August 19, 2019;

**WHEREAS**, because the Parties needed additional time to complete negotiations, the Court granted the Parties' joint stipulation to continue Plaintiffs' deadline to file their motion for preliminary approval of the settlement to September 4, 2019 [Dkt. 198];

**WHEREAS**, Plaintiffs, in consultation with Defendant, recently selected an appropriate settlement administrator, and Plaintiffs are working with that administrator to ensure that a proposed claims process will encourage maximum class member participation and that other issues concerning notice and settlement administration are appropriately resolved;

**WHEREAS**, the Parties' review of the Stipulation of Settlement and related documents was delayed because one of the principal attorneys for Plaintiffs' Counsel was completing jury service in the Alameda County Superior Court;

**WHEREAS**, the Parties have substantially completed the Stipulation of Settlement and related documents, but require additional time to negotiate and resolve some remaining open issues and to conclude those efforts;

**WHEREAS**, the Parties have conferred and agree that Plaintiffs' deadline to file their motion for preliminary approval of the settlement shall be continued to September 11, 2019;

**WHEREAS**, the Court's hearing date on the Intervenor's Motion to Intervene is scheduled for January 16, 2020, which the Parties also intend to set as the date of Plaintiffs' Motion for Preliminary Approval of Settlement, and, should the Court hold a hearing, the extension sought here will not delay the Court's consideration of the motion in that time frame;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** between the

Parties, through their respective counsel, to the request for entry of an Order providing that Plaintiffs' deadline to file their motion for preliminary approval of the settlement shall be September 11, 2019.

**IT IS SO STIPULATED.**

DATED: September 4, 2019

Respectfully submitted,

| **DLA PIPER LLP (US)** | **KAPLAN FOX & KILSHEIMER LLP** |
|---|---|
| By: /s/ *Angela C. Agrusa*<br>       Angela C. Agrusa | By: /s/ *Laurence D. King*<br>       Laurence D. King |
| Angela C. Agrusa (SBN 131337)<br>*angela.agrusa@dlapiper.com*<br>Shannon E. Dudic (SBN 261135)<br>*shannon.dudic@dlapiper.com*<br>2000 Avenue of the Stars, Suite 400<br>North Tower<br>Los Angeles, CA 90067<br>Telephone: 310-500-3500<br>Facsimile: 310-500-3300 | Laurence D. King (SBN 206423)<br>Matthew B. George (SBN 239322)<br>Mario M. Choi (SBN 243409)<br>350 Sansome Street, Suite 400<br>San Francisco, CA 94104<br>Telephone: 415-772-4700<br>Facsimile: 415-772-4707<br>*lking@kaplanfox.com*<br>*mgeorge@kaplanfox.com*<br>*mchoi@kaplanfox.com* |
| Charles C. Cavanagh (SBN 198468)<br>*ccavanagh@messner.com*<br>**MESSNER REEVES LLP**<br>1430 Wynkoop Street, Suite 300<br>Denver, CO 80202<br>Telephone: 303-623-1800<br>Facsimile: 303-623-0552 | **KAPLAN FOX & KILSHEIMER LLP**<br>Frederic S. Fox (*pro hac vice*)<br>Donald R. Hall (*pro hac vice*)<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>Telephone: 212-687-1980<br>Facsimile: 212-687-7714<br>*ffox@kaplanfox.com*<br>*dhall@kaplanfox.com* |
| *Attorneys for Defendant Chipotle Mexican Grill, Inc.* | **KOBRE & KIM LLP**<br>Matthew I. Menchel (*pro hac vice*)<br>201 South Biscayne Boulevard, Suite 1900<br>Miami, FL 33131<br>Telephone: 305-967-6108<br>*matthew.menchel@kobrekim.com* |
| | **KOBRE & KIM LLP**<br>Hartley M. K. West (SBN 191609)<br>150 California Street, 19th Floor<br>San Francisco, CA 94111<br>Telephone: 415-582-4781<br>Facsimile: 415-582-4811<br>*hartley.west@kobrekim.com*<br><br>*Attorneys for Plaintiffs and the Classes* |

| | |
|---|---|
| 1 | **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)** |
| 2 | I, Laurence D. King, attest that concurrence in the filing of this document has been |
| 3 | obtained from the other signatory. I declare under penalty of perjury under the laws of the United |
| 4 | States of America that the foregoing is true and correct. |
| 5 | Executed this 4th day of September, 2019, at San Francisco, California. |

　　　　　　　　　　　　　　　　　/s/ *Laurence D. King*
　　　　　　　　　　　　　　　　　Laurence D. King

**ORDER**

Good cause appearing, pursuant to the Stipulation, Plaintiffs' deadline to file their motion for preliminary approval of the settlement is extended to September 11, 2019.

**IT IS SO ORDERED.**

DATED: 9/5/2019

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge