Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
Mario M. Choi (SBN 243409)
**KAPLAN FOX & KILSHEIMER LLP**
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
*lking@kaplanfox.com*
*mgeorge@kaplanfox.com*
*mchoi@kaplanfox.com*

Frederic S. Fox (*pro hac vice*)
Donald R. Hall (*pro hac vice*)
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714
*ffox@kaplanfox.com*
*dhall@kaplanfox.com*

Matthew I. Menchel (*pro hac vice*)
**KOBRE & KIM LLP**
201 South Biscayne Boulevard, Suite 1900
Miami, FL 33131
Telephone: 305-967-6108
*matthew.menchel@kobrekim.com*

Hartley M. K. West (SBN 191609)
**KOBRE & KIM LLP**
150 California Street, 19th Floor
San Francisco, CA 94111
Telephone: 415-582-4781
Facsimile: 415-582-4811
*hartley.west@kobrekim.com*

*Attorneys for Plaintiffs and the Classes*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| MARTIN SCHNEIDER, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHIPOTLE MEXICAN GRILL, INC.,<br><br>Defendants. | Case No. 4:16-cv-02200-HSG (KAW)<br><br>**CLASS ACTION**<br><br>**DECLARATION OF LAURENCE D. KING IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT, TO AMEND COMPLAINT FOR SETTLEMENT PURPOSES, AND TO MODIFY CLASS DEFINITIONS**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 2, 4th Floor<br>Date: January 16, 2020<br>Time: 2:00 p.m. |

I, Laurence D. King, declare as follows:

1. I am a partner at Kaplan Fox & Kilsheimer LLP, counsel for plaintiffs Martin Schneider, Sarah Deigert, Theresa Gamage, and Nadia Parikka ("Plaintiffs"), and the Classes. I submit this declaration in support of Plaintiffs' Unopposed Motion for Preliminary Approval of Proposed Settlement, to Amend Complaint for Settlement Purposes, and to Modify Class Definitions. If called a witness, I could and would testify competently thereto to all facts within my personal knowledge.

1. Attached hereto as **Exhibit 1** is a true and correct copy of the Stipulation of Settlement entered into by Plaintiffs and Defendant Chipotle Mexican Grill, Inc., on September 11, 2019.

2. Attached hereto as **Exhibit 2** is a true and correct copy of the proposed Amended Class Action Complaint.

3. Attached hereto as **Exhibit 3** is a true and correct copy of the firm résumé for Kaplan Fox and Kilsheimer LLP.

4. Attached hereto as **Exhibit 4** is a true and correct copy of the firm résumé for Kobre & Kim LLP.

5. Attached hereto as **Exhibit 5** is a true and correct copy of the lodestar and the costs and expenses as of August 31, 2019 for Kaplan Fox & Kilsheimer LLP and Kobre & Kim LLP. Expenses do not include charges by Court-approved notice administrator KCC Class Action Services for notice administration.

6. Attached hereto as **Exhibit 6** is a true and correct copy of the résumé for the proposed Claims Administrator, Angeion Group. Angeion Group has estimated that it will cost $600,000 to fully administer the settlement of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of September, 2019, at San Francisco, California.

*/s/ Laurence D. King*
Laurence D. King