# EXHIBIT A

**TO ALL PERSONS WHO PURCHASED BEVERAGES OR FOOD PRODUCTS CONTAINING MEAT AND/OR DAIRY INGREDIENTS IN A CHIPOTLE RESTAURANT FROM APRIL 27, 2015 THROUGH JUNE 30, 2016**

**Read This Notice Carefully.  You Could Receive Benefits From This Class Action Settlement.
This Court-Authorized Notice describes your rights and gives information about the proposed settlement. This notice is only a summary. Details of the settlement are available at http://www.chipotlenongmoclassaction.com or by writing to or calling the Class Action Settlement Administrator at the address or toll-free number below.**

**What Is This Case About?** In the lawsuit entitled *Martin Schneider, et al. v. Chipotle Mexican Grill, Inc*., Case No. 4:16-cv-02200, U.S. District Court for the Northern District of California, plaintiffs Martin Schneider, Sarah Deigert, Theresa Gamage, and Nadia Parikka ("Plaintiffs" or "Class Representatives"), on behalf of themselves and a supposed class, allege that Chipotle Mexican Grill, Inc.'s ("Chipotle") "non-GMO" advertising located in its restaurants from April 27, 2015 through June 30, 2016 was misleading in that it served meat and dairy products (such as chicken, steak, barbacoa, carnitas, cheese, and sour cream) derived from poultry and livestock that may have consumed GMO feed, and beverages (such as soft drinks) with GMOs. Chipotle denies that it misled consumers, disputes that it has done anything wrong, believes its "non-GMO" advertising was truthful and accurate and does not mislead consumers in any way. The lawsuit seeks money, as well as attorneys' fees and costs and a court order requiring Chipotle to stop its "non-GMO" advertising practices. The Court has not ruled on the merits of the claims or Chipotle's defenses.

**Who Is A Class Member?** All persons in the United States who purchased beverages or food products containing meat and/or dairy ingredients in Chipotle restaurants between April 27, 2015 and June 30, 2016 ("Settlement Class Members").

**What Are The Terms Of The Settlement?**  Chipotle has agreed to pay $6,500,000 into a fund (the "Fund") in full and complete settlement and release of all claims of Plaintiffs and the Settlement Class Members, as described in the Settlement Agreement. The Fund will be used to pay Settlement Awards to Settlement Class Members who send in a valid claim form, after attorneys' fees, costs and other expenses have been deducted. Only 5 valid Claims will be honored per Settlement Class Member without proof of purchase, and 10 valid Claims will be honored per Settlement Class Member with proof of purchase.  Only 15 valid Claims will be honored per Settlement Class Household. Settlement Awards will be capped at $2.00 each and subject to *pro rata* decrease, depending on the number of all approved Claims submitted. Class Counsel will ask the Court to approve an award of up to 30% of the Fund to them for attorneys' fees, plus costs, and $5,000 to each of the Class Representatives. If there are any uncashed checks or amounts remaining in the Fund after payment of settlement awards, that money will be distributed *cy pres* to charity.

**How Do You Make A Claim?**  In order to receive compensation from the Fund, you must submit a signed and completed Claim Form to the Class Action Settlement Administrator, postmarked **no later than _____**. The Claim Form may also be submitted online by **no later than _____**.  The Claim Form is available at http://www.chipotlenongmoclassaction.com.

**What Are My Other Options?**  If you do not want to be legally bound by the Settlement, you may opt out of the Settlement by sending a request for exclusion to the Class Action Settlement Administrator **no later than _____**. If you exclude yourself from the Settlement, you will not receive any money from the Settlement. If you stay in the Settlement (i.e., do not exclude yourself from the Settlement), you may object to the Settlement by writing to the Court explaining why you do not like the Settlement by **no later than _____**. You will be bound by the Settlement if your objection is rejected. If you do nothing (i.e., submit no Claim Form or request for exclusion), you will not receive any benefits from the Settlement, but will nevertheless be bound by any judgment approving the Settlement and will give up any right to sue Chipotle or related parties for any known or unknown claims relating to Chipotle's non-GMO marketing.

**Final Approval Hearing.**  The Court will hold a hearing in this case to consider whether to approve the Settlement on **_____**, at **_____** a.m., U.S. District Court for the Northern District of California, Oakland Courthouse, located at 1301 Clay Street, Courtroom 2 - 4th Floor, Oakland, CA 94612. The date of the Final Approval Hearing may change without further notice to the class. Class members should be advised to check the settlement website or the Court's PACER site to confirm that the date has not been changed.

**THIS NOTICE IS ONLY A SUMMARY. MORE INFORMATION ABOUT THE LAWSUIT AND THE PRECISE TERMS AND CONDITIONS OF THE SETTLEMENT IS AVAILABLE AT www.chipotlenongmoclassaction.com, OR WRITE OR CALL THE CLASS ACTION SETTLEMENT ADMINISTRATOR AT _____ OR (\_\_\_) \_\_\_-\_\_\_ (TOLL-**

FREE), OR CLASS COUNSEL WHOSE CONTACT INFORMATION CAN BE FOUND AT www.kaplanfox.com OR www.kobrekim.com, OR BY ACCESSING THE COURT DOCKET IN THIS CASE, FOR A FEE, THROUGH THE COURT'S PUBLIC ACCESS TO COURT ELECTRONIC RECORDS (PACER) SYSTEM AT https://ecf.cand.uscourts.gov, OR BY VISITING THE OFFICE OF THE CLERK OF THE COURT FOR THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 1301 CLAY STREET, COURTROOM 2 - 4TH FLOOR, OAKLAND, CA 94612, BETWEEN 9:00 A.M. AND 4:00 P.M., MONDAY THROUGH FRIDAY, EXCLUDING COURT HOLIDAYS.

PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS.