EXHIBIT C

*Martin Schneider, et al. v. Chipotle Mexican Grill, Inc.*, Case No. 4:16-cv-02200, U.S.D.C., N.D. Cal.

## SETTLEMENT CLAIM FORM

If you purchased beverages or food products containing meat and/or dairy ingredients in a Chipotle restaurant from April 27, 2015 through June 30, 2016, you must complete this Claim Form to be eligible for compensation under the Settlement.  Your Claim Form must be submitted (and if mailed, postmarked) on or before [date].  Proof of purchase, if any, must be submitted concurrently with this form.

### Your Information

Your name: _____

Address: _____

City: _____ State: _____ Zip Code: _____

Contact telephone number: _____ Email: _____

**State the combined number of purchases of beverages or food products containing meat and/or dairy ingredients that you made in a Chipotle restaurant from April 27, 2015 through June 30, 2016.**

*Only 5 valid Claims will be honored per Settlement Class Member without proof of purchase, and 10 valid Claims will be honored per Settlement Class Member with proof of purchase.  Only 15 valid Claims will be honored per Settlement Class Household.*

- Number of Purchases *Without* Proof:　　　　_____

- Number of Purchases *With* Proof:　　　　_____

Valid proof of purchase *must* be attached to this Claim Form to receive compensation for purchases *with* proof.  Valid proof of purchase includes the following:
- receipt(s)
- a copy of the purchase on your credit/debit card statement
- other document that you believe evidences your purchase

**Please select the manner in which payment will be issued for your valid Claims.**

　　　PayPal
　　　Paper Check via mail

If you select payment via PayPal, the email address entered at the top of this form will be used to process the payment to your PayPal account liked to that email address.  If you do not have a PayPal account, you will be prompted to open an account using the email address entered at the top of this form.

**Sign and Date the Affirmation below:**

I hereby affirm, under penalty of perjury under the laws of the United States, each of the following:
- I personally purchased one or more beverages or food products containing meat and/or dairy ingredients in a Chipotle restaurant from April 27, 2015 through June 30, 2016.
- I understand that by not opting out of the Settlement, I have given a complete Release of all Released Claims as described in the Settlement Agreement.
- The information provided in this Claim Form is true and correct to the best of my knowledge.

_____　　　_____

Signature　　　　　　　　　　　　　　　　　Date