# Exhibit 5

**CHIPOTLE LITIGATION**

**TIME REPORT**

FIRM NAME:  Kaplan Fox & Kilsheimer LLP

REPORTING PERIOD:  Inception through August 31, 2019

| NAME | TOTAL HOURS | HOURLY RATE | LODESTAR |
|---|---:|---:|---:|
| FS Fox (P) | 236.60 | $ 975 | $ 230,685.00 |
| LD King (P) | 816.40 | $ 895 | $ 730,678.00 |
| JB Strauss (P) | 2.70 | $ 880 | $ 2,376.00 |
| DR Hall (P) | 36.40 | $ 810 | $ 29,484.00 |
| D Straite (P) | 0.60 | $ 785 | $ 471.00 |
| LM Fong (OC) | 189.70 | $ 650 | $ 123,305.00 |
| M George (OC) | 1246.10 | $ 725 | $ 903,422.50 |
| JB Farar (OC) | 3.00 | $ 625 | $ 1,875.00 |
| MM Choi (A) | 1481.50 | $ 655 | $ 970,382.50 |
| L Dubick (A) | 0.30 | $ 485 | $ 145.50 |
| W Howe (A) | 492.50 | $ 425 | $ 209,312.50 |
| R Labaton (A) | 1.50 | $ 395 | $ 592.50 |
| C Fabiani (LC) | 14.00 | $ 230 | $ 3,220.00 |
| KM Cosgrove (I) | 40.20 | $ 325 | $ 13,065.00 |
| M Moonsammy (PL) | 4.70 | $ 325 | $ 1,527.50 |
| S Powley (PL) | 72.20 | $ 285 | $ 20,577.00 |
| W Gomes (PL) | 36.50 | $ 270 | $ 9,855.00 |
| L Rodriguez (PL) | 2.00 | $ 185 | $ 370.00 |
| N Lee (PL) | 76.50 | $ 125 | $ 9,562.50 |
| TOTALS | 4753.40 | | $ 3,260,906.50 |

| CHIPOTLE LITIGATION | | |
|---|---|---|
| **EXPENSE REPORT** | | |
| FIRM NAME: Kaplan Fox & Kilsheimer LLP | | |
| REPORTING PERIOD: Inception through August 31, 2019 | | |
| **CATEGORY** | **CUMULATIVE EXPENSES** | |
| Facsimile/Telephone | $ | 66.92 |
| Air Express/Postage/Messengers | $ | 3,009.66 |
| Class Notices | $ | 2,545.00 |
| Process Services | $ | 809.36 |
| Filing Fees | $ | 2,387.20 |
| Witness Fees | $ | 40.00 |
| Transcripts | $ | 35,561.12 |
| On-Line Research | $ | 98,804.49 |
| Travel/Meals | $ | 42,460.69 |
| Mediation - Jams | $ | 16,554.00 |
| Experts - SGS North America | $ | 1,400.00 |
| Experts - ORC Survey Services | $ | 1,100.00 |
| Experts - Best Evidence Video | $ | 1,440.00 |
| Experts - Economics & Technology | $ | 77,401.42 |
| Experts - Krosnick | $ | 118,985.99 |
| Experts - Berent | $ | 46,281.11 |
| Experts - SSRS | $ | 2,661.00 |
| Experts - NORC Consumer Survey | $ | 88,000.00 |
| TOTALS | $ | 539,507.96 |

| CHIPOTLE LITIGATION | | | | |
|---|---|---|---|---|
| | | | | |
| TIME REPORT | | | | |
| | | | | |
| FIRM NAME:  Kobre & Kim | | | | |
| BILLING MATTER: 3957.001 | | | | |
| REPORTING PERIOD:  Inception through August 31, 2019 | | | | |
| | | | | |
| NAME | TOTAL HOURS | HOURLY RATE | LODESTAR | |
| | | | | |
| M Menchel (Partner) | 54.40 | $ 1,275 | $ 69,360.00 | |
| S Kobre (Partner) | 0.40 | $ 1,275 | $ 510.00 | |
| H. West (Partner) | 57.40 | $ 995 | $ 57,113.00 | |
| C Dockery (Associate) | 40.70 | $ 695 | $ 28,286.50 | |
| J Lee (Analyst) | 6.40 | $ 495 | $ 3,168.00 | |
| C Pak (Legal Assistant) | 9.40 | $ 195 | $ 1,833.00 | |
| J McGuffee (Legal Assistant) | 8.10 | $ 195 | $ 1,579.50 | |
| | | | | |
| TOTALS | 176.80 | | $ 161,850.00 | |

| CHIPOTLE LITIGATION | | | |
|---|---|---|---|
| **EXPENSE REPORT** | | | |
| | | | |
| FIRM NAME:  Kobre & Kim | | | |
| BILLING MATTER: 3957.001 | | | |
| REPORTING PERIOD:  Inception through August 31, 2019 | | | |
| | | | |
| **CATEGORY** | **CUMULATIVE EXPENSES** | | |
| Travel/Meals | $ | 7,037.35 | |
| TOTALS | $ | 7,037.35 | |