| | |
|---|---|
| Laurence D. King (SBN 206423)<br>Matthew B. George (SBN 239322)<br>Mario M. Choi (SBN 243409)<br>**KAPLAN FOX & KILSHEIMER LLP**<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>Telephone: 415-772-4700<br>Facsimile: 415-772-4707<br>*lking@kaplanfox.com*<br>*mgeorge@kaplanfox.com*<br>*mchoi@kaplanfox.com* | Angela C. Agrusa (SBN 131337)<br>*angela.agrusa@dlapiper.com*<br>Shannon E. Dudic (SBN 261135)<br>*shannon.dudic@dlapiper.com*<br>**DLA PIPER LLP (US)**<br>2000 Avenue of the Stars, Suite 400<br>North Tower<br>Los Angeles, CA 90067<br>Telephone: 310-500-3500<br>Facsimile: 310-500-3300 |
| Hartley M. K. West (SBN 191609)<br>**KOBRE & KIM LLP**<br>150 California Street, 19th Floor<br>San Francisco, CA 94111<br>Telephone: 415-582-4781<br>Facsimile: 415-582-4811<br>*hartley.west@kobrekim.com* | Charles C. Cavanagh (SBN 198468)<br>*ccavanagh@messner.com*<br>**MESSNER REEVES LLP**<br>1430 Wynkoop Street, Suite 300<br>Denver, CO 80202<br>Telephone: 303-623-1800<br>Facsimile: 303-623-0552 |
| [Additional Attorneys on Signature Page]<br><br>*Attorneys for Plaintiffs and the Classes* | *Attorneys for Defendant*<br>*Chipotle Mexican Grill, Inc.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| MARTIN SCHNEIDER, SARAH DEIGERT, THERESA GAMAGE, and NADIA PARIKKA, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>CHIPOTLE MEXICAN GRILL, INC., a Delaware Corporation,<br><br>            Defendant. | Case No. 4:16-cv-02200-HSG<br><br>**JOINT STIPULATION AND ORDER SETTING DATES**<br><br>Judge:  Hon. Haywood S. Gilliam, Jr.<br>Ctrm:   2, 4th Floor |

Pursuant to the Court's January 31, 2020 Order Granting Preliminary Approval of Settlement [Dkt. 219], Plaintiffs Martin Schneider, Sarah Deigert, Theresa Gamage, and Nadia Parikka ("Plaintiffs") and Defendant Chipotle Mexican Grill, Inc. ("Defendant," and with Plaintiffs, the "Parties"), have met and conferred as to a schedule that would, among other things, set a hearing date for Plaintiffs' motion for final approval of the Settlement entered into by the parties on or about September 11, 2019 [Dkt. 205-2].

The Parties, by and through their attorneys, hereby jointly stipulate and request that the Court approve the following timeline of events:

| Event | Date |
|---|---|
| Deadline for Settlement Administrator to Begin Notice Program | March 31, 2020 |
| Filing Deadline for Attorneys' Fees and Costs Motion | April 24, 2020 |
| Filing Deadline for Incentive Payment Motion | April 24, 2020 |
| Deadline for Class Members to Opt-Out or Object to Settlement and/or Application for Attorneys' Fees and Costs and Incentive Payment | May 30, 2020 |
| Filing Deadline for Final Approval Motion | June 1, 2020 |
| Final Fairness Hearing and Hearing on Motions | July 30, 2020 at 2:00 p.m. |

**IT IS SO STIPULATED.**

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

DATED: February 4, 2020    By:  /s/ *Laurence D. King*
                                 Laurence D. King

Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
Mario M. Choi (SBN 243409)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone:  415-772-4700
Facsimile:   415-772-4707
*lking@kaplanfox.com*
*mgeorge@kaplanfox.com*
*mchoi@kaplanfox.com*

| | |
|---|---|
| 1 | **KAPLAN FOX & KILSHEIMER LLP** |
| | Frederic S. Fox (*pro hac vice*) |
| 2 | Donald R. Hall (*pro hac vice*) |
| | 850 Third Avenue, 14th Floor |
| 3 | New York, NY 10022 |
| | Telephone: 212-687-1980 |
| 4 | Facsimile: 212-687-7714 |
| | *ffox@kaplanfox.com* |
| 5 | *dhall@kaplanfox.com* |
| | |
| 6 | **KOBRE & KIM LLP** |
| | Hartley M. K. West (SBN 191609) |
| 7 | 150 California Street, 19th Floor |
| | San Francisco, CA 94111 |
| 8 | Telephone: 415-582-4781 |
| | Facsimile: 415-582-4811 |
| 9 | *hartley.west@kobrekim.com* |
| | |
| 10 | **KOBRE & KIM LLP** |
| | Matthew I. Menchel (*pro hac vice*) |
| 11 | 201 South Biscayne Boulevard, Suite 1900 |
| | Miami, FL 33131 |
| 12 | Telephone: 305-967-6108 |
| | *matthew.menchel@kobrekim.com* |
| 13 | |
| | *Attorneys for Plaintiffs and the Classes* |
| 14 | |
| 15 | **DLA PIPER LLP (US)** |
| 16 | DATED: February 4, 2020   By: /s/ *Angela C. Agrusa* |
| | Angela C. Agrusa |
| 17 | |
| | Angela C. Agrusa (SBN 131337) |
| 18 | *angela.agrusa@dlapiper.com* |
| | Shannon E. Dudic (SBN 261135) |
| 19 | *shannon.dudic@dlapiper.com* |
| | 2000 Avenue of the Stars, Suite 400 North Tower |
| 20 | Los Angeles, CA 90067 |
| | Telephone: 310-500-3500 |
| 21 | Facsimile: 310-500-3300 |
| 22 | Charles C. Cavanagh (SBN 198468) |
| | *ccavanagh@messner.com* |
| 23 | **MESSNER REEVES LLP** |
| | 1430 Wynkoop Street, Suite 300 |
| 24 | Denver, CO 80202 |
| | Telephone: 303-623-1800 |
| 25 | Facsimile: 303-623-0552 |
| 26 | *Attorneys for Defendant Chipotle Mexican Grill, Inc.* |
| 27 | |
| 28 | |

**ORDER**

Good cause appearing, the foregoing JOINT STIPULATION AND [PROPOSED] ORDER SETTING DATES ("Stipulation") is GRANTED and the following Schedule is ENTERED:

| Event | Date |
|---|---|
| Deadline for Settlement Administrator to Begin Notice Program | March 31, 2020 |
| Filing Deadline for Attorneys' Fees and Costs Motion | April 24, 2020 |
| Filing Deadline for Incentive Payment Motion | April 24, 2020 |
| Deadline for Class Members to Opt-Out or Object to Settlement and/or Application for Attorneys' Fees and Costs and Incentive Payment | May 30, 2020 |
| Filing Deadline for Final Approval Motion | June 1, 2020 |
| Final Fairness Hearing and Hearing on Motions | July 30, 2020 at 2:00 p.m. |

**IT IS SO ORDERED.**

DATED: 2/4/2020

HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge