United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN SCHNEIDER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CHIPOTLE MEXICAN GRILL, INC.,<br><br>    Defendant. | Case No. 16-cv-02200-HSG<br><br>**FINAL JUDGMENT AND ORDER OF DISMISSAL** |

    1.    Judgment in this matter is entered in accordance with, and incorporates by reference the findings of, the Court's Order Granting Motion for Final Settlement Approval, and Grant in Part and Denying in Part Attorneys' Fees, Costs, and Incentive Awards (the "Final Approval Order") (Dkt. 232 and hereby adopted and incorporated by reference into this Stipulated Final Judgment as if stated herein in full). All capitalized terms used herein shall have the same meaning as defined in the Settlement Agreement (Dkt. 205-2) and the Final Approval Order.

    2.    Having granted final approval of the settlement and granted Class Counsel's request for attorneys' fees in the amount of $1,950,000 and costs in the amount of $636,556.28, the Court hereby dismisses with prejudice the claims of the Class Representatives and the Settlement Class, and enters Final Judgment in this action. All Settlement Class Members are bound by this Final Judgment and are barred from pursuing, or seeking to reopen, any of the Released Claims. The individual who opted out (identified at Dkt. No. 226-2) is not part of the Settlement Class.

    3.    Without affecting the finality of the Final Judgment, the Court shall retain exclusive and continuing jurisdiction over the above-captioned action and the parties, including all Settlement Class Members, for purposes of enforcing the terms of the Final Judgment.

1    This order terminates Dkt. No. 233: the Court need not and does not repeat or "reaffirm"
2    any aspect of the Final Approval Order for purposes of simply entering judgment.

**JUDGMENT IS HEREBY ENTERED.**

Dated:   11/18/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge