# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN SCHNEIDER, SARAH DEIGERT, THERESA GAMAGE, and NADIA PARIKKA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHIPOTLE MEXICAN GRILL, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 4:16-cv-02200-HSG<br><br>**ORDER RE FINAL ACCOUNTING AND DISTRIBUTION OF CY PRES AWARDS (as modified)** |

## ORDER

The Court, having reviewed the Plaintiffs' Supplemental Status Report and Final Accounting submitted by Ryan Chumley of the Notice Administrator, Angeion Group, and good cause appearing therefore, finds that the Parties have successfully executed the supplemental notice program discussed at the August 19, 2021, hearing.  Accordingly, the Court orders that:

1. The Parties and the Notice Administrator shall finalize implementation of the Settlement pursuant to the Court's Final Approval Order, ECF No. 232; and

2. The Notice Administrator may make the final disbursements of remaining funds to the cy pres recipients, Public Justice and Public Counsel.

**IT IS SO ORDERED.**

DATED:  12/9/2021

*Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge